**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **MELISSA GREENSTEIN** | ) | |
| | ) | |
| **On behalf of herself** | ) | |
| **and all other persons similarly situated,** | ) | |
| | ) | **Cause of Action No 11-cv-2399 RDR/KGS** |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **MEREDITH CORPORATION** | ) | |

**CONSENT TO JOIN**

My name is DANIEL J. ENGLISH (print name) I worked in the position of Producer at Meredith Corporation. from on or about NOVEMBER, 2009 (month, year) to on or about MARCH, 2010 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Meredith Corporation's failure to pay me wages and overtime as required under state and federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. I specifically authorize the named plaintiffs, along with counsel of record for the named plaintiffs, as my agents to prosecute this lawsuit on behalf and to negotiate a settlement of any and all compensation claim(s) I have against Meredith Corporation, regarding my overtime claims. I hereby consent, agree and opt-in to become a party Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Dan English 4/20/2012
Signature Date

DANIEL J. ENGLISH
Print Name